No. 7,720.—STATE, RESPONDENT, v. R. KONOPATZKE, APPELLANT.

Decided September 17, 1937.

PER CURIAM: Upon motion of the Attorney General the appeal herein is dismissed on the ground that while the transcript was filed on July 6, 1937, no brief has been filed as required by Rule X of this court.

*Messrs. Lloyd Wallace and L. E. Rhodes,* for Appellant.

*Mr. Harrison J. Freebourn,* Attorney General, for Respondent.

No. 7,654.—STATE, RESPONDENT, v. KENNETH ZACHARY, APPELLANT.

Decided October 11, 1937.

PER CURIAM: On motion of the Attorney General, the appeals herein are dismissed on the ground that appellant's brief has not been filed within the time required by the Rules of this court.

*Mr. Howard C. Gee,* for Appellant.

*Mr. Harrison J. Freebourn,* Attorney General, for the State.